FILED

2023 MAY 26 AM 10:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BB

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America PLAINTIFF(S) | CASE NUMBER |
|---|---|
| v. | 23 MJ 4263 |
| Lin Feng DEFENDANT(S). | MJ 23-02744 <br> DECLARATION RE <br> OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: _____
in the **Southern** District of **New York** on **5/24/23**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about
in violation of Title **18** U.S.C., Section(s) **201(b)(1), 951, 371, 1956(h)**
to wit: _____

A warrant for defendant's arrest was issued by: **SDNY**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **5/26/23**
              Date

_[signature]_
Signature of Agent

**Jonathan Knight**
Print Name of Agent

**FBI**
Agency

**Special Agent**
Title