

FILED
CLERK, U.S. DISTRICT COURT
MAY 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___TV___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2:23-MJ-02755

| | |
|---|---|
| United States PLAINTIFF(S) v. John Chen, a/k/a "Chen Jun," and Lin Feng DEFENDANT(S). | CASE NUMBER: 23-MJ-4263 DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **complaint**
in the **Southern** District of **New York** on **05/24/23**
at ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **January to May 2023**
in violation of Title **18 USC** U.S.C., Section(s) **201, 951, 371, 1956**
to wit: **Bribing a public official**

A warrant for defendant's arrest was issued by: **Magistrate Judge Andrew E. Krause**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: 

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **5/26/23**
Date

_Signature of Agent_

Print Name of Agent: **Paula A. Espitia**

Agency: **FBI**

Title: **Special Agent**