FILED
CLERK, U.S. DISTRICT COURT

MAY 26 2023

CENTRAL DISTRICT OF CALIFORNIA
BY   TV   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA PLAINTIFF<br>V.<br>John Chen, a/k/a "Chen Jun," and Lin Feng  DEFENDANT | CASE NUMBER: 2:23-MJ-02755<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 5/26/2023   6:05   ☑ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 201, 951, 371, 1956

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☑ No   ☐ Yes   Language: _____

7. Year of Birth: 1952

8. Defendant has retained counsel:   ☐ No
   ☑ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Elsa Perez

10. Remarks (if any): _____

11. Name: SA Paula Espitia   (please print)

12. Office Phone Number: 571 456 5681

13. Agency: FBI

14. Signature: _[signature]_

15. Date: 05/26/23

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION